IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS CENTELL BROWN                                         PLAINTIFF
ADC # 119254

v.                       No. 3:18-cv-220-DPM

CATHERINE DEAN, Deputy                            DEFENDANT
Prosecuting Attorney, Mississippi
County, Osceola Courthouse

## ORDER

1. Motion to proceed *in forma pauperis*, № 1, granted. Brown must pay the filing fee, but over time. 28 U.S.C. § 1915(b)(1). The Court assesses an initial partial fee of $2.58. After the initial fee is collected, Brown's custodian must collect monthly payments from Brown's prison trust account each time the amount in the account exceeds $10.00. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350.00 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Brown's behalf must be clearly identified by case name and case number.

2. The Court directs the Clerk to send a copy of this Order to the Administrator of the Mississippi County Detention Center, 685 N. County Road 599, Luxora, Arkansas 72358.

3. The Court must screen Brown's complaint. № 2; 28 U.S.C. § 1915A. Brown alleges Dean wrongfully changed the value of the property he allegedly stole and that he was wrongfully convicted of a felony in *State v. Brown*, 17-75, District Court of Mississippi County, Arkansas. He seeks damages. № 2 *at 4–5*.

4. The publicly available docket confirms that Brown pleaded guilty and was convicted in his 2017 Mississippi County case. His federal claims are therefore *Heck*-barred. *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). A judgment in Brown's favor would necessarily call into question this state-court conviction; and Brown hasn't alleged that his conviction has been reversed, expunged, or invalidated. *Ibid*.

5. Brown's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 November 2018