# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TRAVIS CENTELL BROWN                                        PLAINTIFF
ADC # 119254

v.                              No. 3:18-cv-220-DPM

CATHERINE DEAN, Deputy                                     DEFENDANT
Prosecuting Attorney, Mississippi
County, Osceola Courthouse

## JUDGMENT

Brown's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
26 November 2018